JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00262 MAG |
| Plaintiff, ) | **ORDER FOR SUMMONS** |
| v. ) | |
| JUAN TORRES VILLEGAS ) a/k/a "Antonio Torres Villegas," ) | |
| Defendant. ) | |

Having reviewed the Declaration of Matthew DellaBetta, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Juan Torres Villegas to appear on May 7, 2010 at 10:00 am before Magistrate Judge Laurel Beeler to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: April 9, 2010

_____
DONNA M. RYU
United States Magistrate Judge

GRANTED

cc: Copy to AUSA Christina McCall via ECF, Lashanda, DMR, 2 Certified Copies to US Marshal

ORDER FOR SUMMONS
CR 10-00262 MAG