JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

MATTHEW DELLABETTA
Law Clerk

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3737
Fax: (510) 637-3724
Email: matthew.dellabetta@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN TORRES VILLEGAS, ) <br>  a/k/a "Antonio Torres Villegas," ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-10-00262 MAG <br><br> [PROPOSED] **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** <br><br> Date: May 19, 2010 <br> Time: 10:00 a.m. <br> Court: Hon. Laurel Beeler |

At the request of defense counsel, and with the agreement of the government, the Court hereby orders time excluded under the Speedy Trial Act from May 19, 2010 to June 7, 2010 for effective preparation of defense counsel. Defense counsel requires additional time to conduct discovery. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy and public trial, and the failure to grant the requested continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.

[PROPOSED] ORDER EXCLUDING TIME
CR-10-00262 MAG

§§ 3161(h)(7)(A) and (B)(iv).

IV. CONCLUSION

Time is excluded under the Speedy Trial Act from May 19, 2010 to June 7, 2010.

SO ORDERED.


DATED: May 19, 2010

_____
LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER EXCLUDING TIME
CR-10-00262 MAG