JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3691
Facsimile: (510) 637-3724
E-mail: maureen.bessette@usdoj.gov

Attorneys for the United States

**FILED**

JUN 1 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JUAN TORRES VILLEGAS,<br>    a/k/a "Antonio Torres Villegas,"<br><br>         Defendant. | No. CR 10-00262 MAG<br><br>MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION WITHOUT PREJUDICE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Northern District of California hereby dismisses the captioned information against the defendant, Juan Torres Villegas, without prejudice.

DATED: June 15, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MAUREEN C. BESSETTE
Assistant United States Attorney

DISMISSAL OF INFORMATION
CR 10-00262 MAG

cc: Copy to parties via ECF, Odile (Spanish Int)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

Leave of the Court is granted to file the foregoing dismissal without prejudice.

DATED: 6/16/10

_____
DONNA M. RYU
United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 10-00262 MAG